LAW OFFICES OF

# DeHaan Busse LLP

300 Rabro Drive
Suite 101
Hauppauge, New York 11788

Telephone (631) 582-1200

John W. DeHaan
Patrick H. Busse
Harry J. Binder
Charles E. Binder

Stéphane M. Montas
Paul M. Kampfer
—
Suzanne Bidart, R.N.

January 16, 2007

<u>Via ECF and US Mail</u>
Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street, Room 870
New York, New York 10007

Re: ***Sharon Spark v. Dow Jones & Company, Inc. Long Term Disability Plan, Dow Jones & Company, Inc., Plan Committee, as Plan Administrator, the Reed Group, as Claims Administrator of the Long Term Disability Plan, Dow Jones & Company, Inc. Health Care Plan, Dow Jones & Company, Inc. Life Insurance and Accident Benefit Plan and Aetna Life Insurance Company***
<u>Civil Action Number: 06 CV 15242</u>

Dear Sir or Madam:

Enclosed please find the original Summons and original Affidavits of Service evidencing service of the Summons and Complaint upon four (4) Dow Jones defendants, in connection with the above-referenced matter. Kindly acknowledge receipt and filing of same on the self-addressed, postage paid postcard we have enclosed for this purpose.

Please note that the affidavits of service for The Reed Group and AETNA Life Insurance Company will be filed under separate cover.

If you should have any questions, please feel free to contact us.

Very truly yours,
DeHaan Busse LLP

By: _____
Stéphane M. Montas, Esq.

SMM/djw
Enclosure

# UNITED STATES DISTRICT COURT

SOUTHERN  District of  NEW YORK

**SHARON SPARK,**

         Plaintiff,

—against—

**DOW JONES & COMPANY, INC. LONG TERM DISABILITY PLAN, DOW JONES & COMPANY, INC., PLAN COMMITTEE,** as Plan Administrator, **THE REED GROUP,** as Claims Administrator of the Long Term Disability Plan, **DOW JONES & COMPANY, INC. HEALTH CARE PLAN, DOW JONES & COMPANY, INC. LIFE INSURANCE AND ACCIDENT BENEFIT PLAN** and **AETNA LIFE INSURANCE COMPANY,**

         Defendants.
-------------------------------------------------X

## SUMMONS IN A CIVIL CASE

Case Number:

**06 CV 15242**

**JUDGE MARRERO**

TO: (name and address of defendants)

    See attached sheet.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY, (name and address)

         **DeHAAN BUSSE LLP**
         **300 Rabro Drive**
         **Suite 101**
         **Hauppauge, New York 11788**

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

DEC 1 3 2006

**J. MICHAEL McMAHON**
CLERK

_____
(BY) DEPUTY CLERK

DATE

ORIGINAL

**LIST OF DEFENDANTS, WITH ADDRESSES FOR SERVICE, AND COUNTIES:**

DOW JONES & COMPANY, INC. LONG TERM DISABILITY PLAN
C/O SECRETARY OF DOW JONES & COMPANY, INC.
1 WORLD FINANCIAL CENTER
200 LIBERTY STREET
NEW YORK, NEW YORK 10281                                   COUNTY OF NEW YORK

DOW JONES & COMPANY, INC. PLAN COMMITTEE, as Plan Administrator
C/O SECRETARY OF DOW JONES & COMPANY, INC.
1 WORLD FINANCIAL CENTER
200 LIBERTY STREET
NEW YORK, NEW YORK 10281                                   COUNTY OF NEW YORK

THE REED GROUP, as Claims Administrator of the Long Term Disability Plan
10155 WESTMOOR DRIVE, SUITE 210
WESTMINISTER, COLORADO   80021                             COUNTY OF JEFFERSON

DOW JONES & COMPANY, INC. HEALTH CARE PLAN
C/O SECRETARY OF DOW JONES & COMPANY, INC.
1 WORLD FINANCIAL CENTER
200 LIBERTY STREET
NEW YORK, NEW YORK 10281                                   COUNTY OF NEW YORK

DOW JONES & COMPANY, INC. LIFE INSURANCE AND ACCIDENT BENEFIT PLAN
C/O SECRETARY OF DOW JONES & COMPANY, INC.
1 WORLD FINANCIAL CENTER
200 LIBERTY STREET
NEW YORK, NEW YORK 10281                                   COUNTY OF NEW YORK

AETNA LIFE INSURANCE COMPANY
151 FARMINGTON AVENUE
HARTFORD, CONNECTICUT   06156                              COUNTY OF HARTFORD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATTORNEY:
DeHaan Busse LLP

---

SHARON SPARK,

                Plaintiff,

        -against-

DOW JONES & COMPANY, INC. ET AL,

                Defendants

Case No. 06 CV 15242

Date of Filing: 12/18/06

Judge Marrero

## Affidavit of Service

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF 18 YEARS AND RESIDES WITHIN THE STATE OF NEW YORK.

That on December 18, 2006 at 12:49 p.m. at 200 Liberty Street, New York, N.Y. 10281

Deponent served the within <u>Summons and Complaint in a Civil Case</u>

upon <u>DOW JONES & COMPANY, INC., LIFE INSURANCE AND ACCIDENT BENEFIT PLAN</u>

(<u>Corporation</u>)

by delivering to and leaving a true copy of each with <u>ALISON C. GOODING, ESQ. (Counsel)</u> a person of suitable age and discretion and who was authorized by said corporation to receive said documents.

<u>Deponent describes the individual served as follows:</u>

| <u>Sex</u> | <u>Skin Color</u> | <u>Hair Color</u> | <u>Age</u> | <u>Height</u> | <u>Weight</u> |
|---|---|---|---|---|---|
| Female | White | Dark Brown | 44 | 5'4" | 130 |

Other Identifying Features: _____

(X) <u>The Index No. and Date of Filing were endorsed upon the documents so served.</u>

_____
Michael Weiner
License No.1145455

Sworn to before me on December 19, 2006

ALIZA ROSHAN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01R06030066
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES SEPTEMBER 7, 2009

 ORIGINAL

Certified Lawyers Service

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | ATTORNEY:<br>DeHaan Busse LLP |
| SHARON SPARK,<br>           Plaintiff, | Case No. 06 CV 15242 |
| -against-<br>DOW JONES & COMPANY, INC. ET AL,<br>           Defendants | Date of Filing: 12/18/06<br><br>Judge Marrero |

## Affidavit of Service

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF 18 YEARS AND RESIDES WITHIN THE STATE OF NEW YORK.

That on December 18, 2006 at 12:49 p.m. at 200 Liberty Street, New York, N.Y. 10281

Deponent served the within <u>Summons and Complaint in a Civil Case</u>

upon <u>DOW JONES & COMPANY, INC., PLAN COMMITTEE, AS PLAN ADMINISTRATOR</u>

(Corporation)
by delivering to and leaving a true copy of each with <u>ALISON C. GOODING, ESQ. (Counsel)</u> a person of suitable age and discretion and who was authorized by said corporation to receive said documents.

<u>Deponent describes the individual served as follows:</u>

| <u>Sex</u> | <u>Skin Color</u> | <u>Hair Color</u> | <u>Age</u> | <u>Height</u> | <u>Weight</u> |
|---|---|---|---|---|---|
| Female | White | Dark Brown | 44 | 5'4" | 130 |

Other Identifying Features: _____

(X)  <u>The Index No. and Date of Filing were endorsed upon the documents so served.</u>

_____
Michael Weiner
License No.1145455

Sworn to before me on December 19, 2006

ALIZA POS...
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01R06030066
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES SEPTEMBER 7, 2008

ORIGINAL

Certified Lawyers Service

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | ATTORNEY:<br>DeHaan Busse LLP |
| SHARON SPARK,<br>              Plaintiff, | Case No. 06 CV 15242 |
| -against-<br>DOW JONES & COMPANY, INC. ET AL,<br>              Defendants | Date of Filing: 12/18/06<br>Judge Marrero |

## Affidavit of Service

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF 18 YEARS AND RESIDES WITHIN THE STATE OF NEW YORK.

That on December 18, 2006 at 12:49 p.m. at 200 Liberty Street, New York, N.Y. 10281

Deponent served the within **Summons and Complaint in a Civil Case**

upon **DOW JONES & COMPANY, INC., HEALTH CARE PLAN**

**(Corporation)**

by delivering to and leaving a true copy of each with **ALISON C. GOODING, ESQ. (Counsel)** a person of suitable age and discretion and who was authorized by said corporation to receive said documents.

**Deponent describes the individual served as follows:**

| Sex | Skin Color | Hair Color | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Dark Brown | 44 | 5'4" | 130 |

Other Identifying Features: _____

(X) The Index No. and Date of Filing were endorsed upon the documents so served.

Michael Weiner
License No.1145455

Sworn to before me on December 19, 2006

ALIZA ROSHAN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01R06030066
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES SEPTEMBER 7, 2009

ORIGINAL

Certified Lawyers Service

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | ATTORNEY:<br>DeHaan Busse LLP |

SHARON SPARK,

                      Plaintiff,

Case No. 06 CV 15242

-against-
DOW JONES & COMPANY, INC. ET AL,

Date of Filing: 12/18/06

                      Defendants

Judge Marrero

## Affidavit of Service

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF 18 YEARS AND RESIDES WITHIN THE STATE OF NEW YORK.

That on December 18, 2006 at 12:49 p.m. at 200 Liberty Street, New York, N.Y. 10281

Deponent served the within **Summons and Complaint in a Civil Case**

upon **DOW JONES & COMPANY, INC., LONG TERM DISABILITY PLAN**

(Corporation)
by delivering to and leaving a true copy of each with **ALISON C. GOODING, ESQ. (Counsel)** a person of suitable age and discretion and who was authorized by said corporation to receive said documents.

Deponent describes the individual served as follows:

| Sex | Skin Color | Hair Color | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Dark Brown | 44 | 5'4" | 130 |

Other Identifying Features: _____

(X) **The Index No. and Date of Filing were endorsed upon the documents so served.**

Michael Weiner
License No.1145455

Sworn to before me on December 19, 2006

ALIZA ROSHAN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01R06030066
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES SEPTEMBER 7, 2008

ORIGINAL

Certified Lawyers Service