LAW OFFICES OF
# DeHaan Busse LLP
300 Rabro Drive
Suite 101
Hauppauge, New York 11788

Telephone (631) 582-1200

John W. DeHaan
Patrick H. Busse
Harry J. Binder
Charles E. Binder

Stéphane M. Montas
Paul M. Kampfer

Suzanne Bidart, R.N.

January 16, 2007

<u>Via ECF and US Mail</u>
Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street, Room 870
New York, New York 10007

Re:  *Sharon Spark v. Dow Jones & Company, Inc. Long Term Disability Plan, Dow Jones & Company, Inc., Plan Committee, as Plan Administrator, the Reed Group, as Claims Administrator of the Long Term Disability Plan, Dow Jones & Company, Inc. Health Care Plan, Dow Jones & Company, Inc. Life Insurance and Accident Benefit Plan and Aetna Life Insurance Company*
Civil Action Number: 06 CV 15242

Dear Sir or Madam:

Enclosed please find the original Affidavit of Service evidencing service of the Summons and Complaint upon The Reed Group, as Claims Administrator of the Long Term Disability Plan, in connection with the above-referenced matter. Kindly acknowledge receipt and filing of same on the self-addressed, postage paid postcard we have enclosed for this purpose.

Please note that t the original Summons and original Affidavits of Service evidencing service of the Summons and Complaint upon four (4) Dow Jones defendants, and AETNA are to be filed under separate cover.

If you should have any questions, please feel free to contact us.

Very truly yours,
DeHaan Busse LLP

By: _____
Stéphane M. Montas, Esq.

SMM/djw
Enclosure

# AFFIDAVIT OF SERVICE

State of **COLORADO**
County of **BOULDER**

I declare under oath that I served this **Summons and Complaint** in this case, on the Defendant **THE REED GROUP, as Claims Administrator of the Long Term Disability Plan** in **Jefferson** County, State of **Colorado**, on **January 3, 2007** (date), at **12:56 PM** (time), at the following location: **10155 Westmoor Drive, Suite 210, Westminster CO 80021-2589.**

_____ by personally handing them to a person identified to me as the defendant, _____.

_____ by identifying these documents, offering to deliver them and then leaving them with a person identified to me as the defendant, _____ who refused service.

_____ by leaving them at the defendant's usual place of abode with _____ a member of the defendant's family over the age of 18.

_____ by leaving them at the defendant's usual place of business with _____, the defendant's secretary, bookkeeper or chief clerk.

**X** by leaving them with **Virginia Landes** (name), who as **Office Manager** (title) is authorized to receive service of process for the defendant.

_____ by serving them as follows (other service permitted by CRCCCP 304): _____.

_____ I have made diligent efforts but have been unable to make personal service on the defendant and I have made service of the within summons, complaint and answer by posting a copy of them in a conspicuous place upon the premises described therein.

**X** I am over the age of 18 years and am not interested in nor a party to this case.

_____ I attempted to serve the defendant on _____ occasions but have not been able to locate the defendant. Return to the plaintiff is made on _____ (date).

Signature: Christopher T. Kremp    Date: 1-4-07

**X** Private Process Server
_____ Sheriff, _____ County
Service: $ _____
Mileage: $ _____

Subscribed and sworn to before me on **January 4, 2007** (date).
My commission expires: 11-03-2009

Notary Public

Teri F. Dalton
My Commission Expires 11/03/2009
500 South McCaslin Blvd
Louisville, CO 80027