LAW OFFICES OF

# DeHaan Busse LLP

300 Rabro Drive
Suite 101
Hauppauge, New York 11788

Telephone (631) 582-1200

John W. DeHaan
Patrick H. Busse
Harry J. Binder
Charles E. Binder

Stéphane M. Montas
Paul M. Kampfer

Suzanne Bidart, R.N.

January 16, 2007

<u>Via ECF and US Mail</u>
Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street, Room 870
New York, New York 10007

Re: *Sharon Spark v. Dow Jones & Company, Inc. Long Term Disability Plan, Dow Jones & Company, Inc., Plan Committee, as Plan Administrator, the Reed Group, as Claims Administrator of the Long Term Disability Plan, Dow Jones & Company, Inc. Health Care Plan, Dow Jones & Company, Inc. Life Insurance and Accident Benefit Plan and Aetna Life Insurance Company*
<u>Civil Action Number: 06 CV 15242</u>

Dear Sir or Madam:

Enclosed please find the original Affidavit of Service evidencing service of the Summons and Complaint upon AETNA Life Insurance Company, in connection with the above-referenced matter. Kindly acknowledge receipt and filing of same on the self-addressed, postage paid postcard we have enclosed for this purpose.

Please note that t the original Summons and original Affidavits of Service evidencing service of the Summons and Complaint upon the four (4) Dow Jones defendants, and The Reed Group were filed under separate cover.

If you should have any questions, please feel free to contact us.

Very truly yours,
DeHaan Busse LLP

By: _____
Stéphane M. Montas, Esq.

SMM/djw
Enclosure

STATE OF NEW YORK
INSURANCE DEPARTMENT
One Commerce Plaza
Albany, NY 12257

STATE OF NEW YORK
United States District Court, Southern District of New York

........................................................................................................

Sharon Spark                                                                                    06 CV 15242

                against                              Plaintiff(s)

Dow Jones Company, Inc., et als and
Aetna Life Insurance Company                                 Defendant(s)

........................................................................................................

RE :  Aetna Life Insurance Company

Attorney for Plaintiff(s) and Defendant  please take notice as follows:

Sirs :

Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon me of Summons in a Civil Case and Complaint in the above entitled action on January 4, 2007 at New York, New York. The $40 fee is also acknowledged.

Original to Attorney for Plaintiff(s) :

    DeHaan Busse, LLP
    300 Rabro Drive, Suite 101
    Hauppauge, New York 11788

Pursuant to the requirement of section 1212 of the Insurance Law, Defendant is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to  Defendant :

    CT Corporation System
    Aetna Life Insurance Company
    111 8th Avenue
    New York, New York 10011

*[signature]*

by Salvatore Castiglione
Assistant Deputy Superintendent & Chief

Dated Albany, New York, January 09, 2007
406766        C.A.#182121

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SHARON SPARK,

                Plaintiff,

    – against –

**Dow Jones & Company, Inc. Long Term Disability Plan, Dow Jones & Company, Inc., Plan Committee, as Plan Administrator, the Reed Group, as Claims Administrator of the Long Term Disability Plan, Dow Jones & Company, Inc. Health Care Plan, Dow Jones & Company, Inc. Life Insurance and Accident Benefit Plan and Aetna Life Insurance Company,**

                Defendants.
-----------------------------------------------------------X

Civil Action No.:   06 CV 15242

Affidavit of Service

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF SUFFOLK    )

    Deborah J. Washington, being duly sworn, deposes and says:

    1.    I am not a party to the action, am over 18 years of age and reside in Brentwood, New York.

    2.    On December 29, 2006, I served the within Summons and Complaint on AETNA Life Insurance Company, by mailing a copy via Certified Mail, Return Receipt Requested to the address set forth after each name below,

        NYS Insurance Department
        Attn:  Office of General Counsel
        25 Beaver Street
        4th Floor
        New York, New York 10004

        7004 0750 0003 5217 4384

                *Deborah J. Washington*
                DEBORAH J. WASHINGTON

Sworn to before me this
29th day of December, 2006

*PEK*
Notary Public

PAUL KAMPFER
Notary Public, State of New York
No. 02KA6142705
Qualified in Queens County
Commission Expires March 20, 20__