**ORIGINAL**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/07

**RIKER, DANZIG, SCHERER, HYLAND & PERRETTI  LLP**
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800
FEDERAL BAR NO.: SO4799

Attorneys for Dow Jones Defendants

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SHARON SPARK,**<br><br>        **Plaintiff,**<br><br>**v.**<br><br>**DOW JONES & COMPANY, INC. LONG TERM DISABILITY PLAN, DOW JONES & COMPANY, INC., PLAN COMMITTEE, as Plan Administrator, THE REED GROUP, as Claims Administrator of the Long Term Disability Plan, DOW JONES & COMPANY, INC. LIFE INSURANCE AND ACCIDENT BENEFIT PLAN and AETNA LIFE INSURANCE COMPANY,**<br><br>        **Defendants.** | **CIVIL ACTION NO.: 06-CV-15242**<br>**Judge Marrero**<br><br><br>**CIVIL ACTION**<br><br>**STIPULATION OF AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** |

The undersigned hereby stipulate and agree that the time for defendants, Dow Jones & Company, Inc. Long Term Disability Plan, Dow Jones & Company, Inc. Plan Committee, as Plan Administrator, Dow Jones & Company, Inc. Health Care Plan, and Dow Jones & Company, Inc. Life Insurance and Accident Benefit Plan to answer or otherwise respond to the Complaint shall be extended to **February 8, 2007**.

Consented as to Form and Entry:

      **DeHaan, Busse, Binder & Binder, P.C.**
      **Attorneys for Plaintiff**

**By:** _____
      **Stephane Montas, Esq.**

Date: _1 / 17 / 07_

    **RIKER, DANZIG, SCHERER, HYLAND**
        **& PERRETTI LLP**
**Attorneys for Dow Jones related defendants**

**By:** _____
      **Scott A. Ohnegian**

Date: _1 / 23 / 07_

      **IT IS SO ORDERED THIS** _2nd_ **DAY OF ~~JANUARY~~** _February_, **2007.**

      **Honorable Victor Marrero, U.S.D.J.**

3720891.1