```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-9-07
```

**RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP**
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800
FEDERAL BAR NO.: SO4799
Attorneys for The Reed Group Defendant

| | |
|---|---|
| SHARON SPARK,<br><br>   Plaintiff,<br><br>v.<br><br>DOW JONES & COMPANY, INC. LONG TERM DISABILITY PLAN, DOW JONES & COMPANY, INC., PLAN COMMITTEE, as Plan Administrator, THE REED GROUP, as Claims Administrator of the Long Term Disability Plan, DOW JONES & COMPANY, INC. LIFE INSURANCE AND ACCIDENT BENEFIT PLAN and AETNA LIFE INSURANCE COMPANY,<br><br>   Defendants. | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>CIVIL ACTION NO.: 06-CV-15242<br>Judge Marrero<br><br>CIVIL ACTION<br><br>STIPULATION OF AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD |

The undersigned hereby stipulate and agree that the time for defendant, The Reed Group to answer or otherwise respond to the Complaint shall be extended to **February 22, 2007**.

Consented as to Form and Entry:

Date: 1/29/07

DeHaan, Busse, Binder & Binder, P.C.
Attorneys for Plaintiff

By: _____
   Stephane Montas, Esq.

RIKER, DANZIG, SCHERER, HYLAND
    & PERRETTI LLP
Attorneys for the Reed Group defendants

By:_____
    Scott A. Ohnegian

Date: _____

IT IS SO ORDERED THIS 9th DAY OF FEBRUARY, 2007.

_____
Honorable Victor Marrero, U.S.D.J.

3726051.1/13774-18