RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800

Attorneys for Defendants, Dow Jones & Company, Inc. Long Term Disability Plan, Dow Jones & Company, Inc., Plan Committee, The Reed Group, Dow Jones & Company, Inc. Health Care Plan, and Dow Jones & Company, Inc. Life Insurance and Accident Benefit Plan.

|  |  |
|---|---|
| SHARON SPARK,<br><br>                              Plaintiff,<br><br>vs.<br><br>DOW JONES & COMPANY, INC. LONG TERM DISABILITY PLAN, DOW JONES & COMPANY, INC., PLAN COMMITTEE, as Plan Administrator, THE REED GROUP, as Claims Administrator of the Long Term Disability Plan, DOW JONES & COMPANY, INC. HEALTH CARE PLAN, DOW JONES & COMPANY, INC. LIFE INSURANCE AND ACCIDENT BENEFIT PLAN and AETNA LIFE INSURANCE COMPANY,<br><br>                              Defendants. | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>CIVIL ACTION NO. 06-CV-15242<br><br>HON. VICTOR MARRERO, U.S.D.J.<br><br>**MOTION TO ADMIT COUNSEL<br>PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Scott A. Ohnegian, Esq., a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

> Michael K. Furey, Esq.
> Riker, Danzig, Scherer, Hyland & Perretti, LLP
> Headquarters Plaza
> One Speedwell Avenue
> Morristown, New Jersey 07962-1981
> Phone: (973) 451-8433
> Fax: (973) 451-8653

Michael K. Furey, Esq., is a member in good standing of the Bar of the State of New Jersey. There are no pending disciplinary proceedings against Michael K. Furey, Esq., in any State or Federal court.

Dated: March 14, 2007

Morristown, New Jersey

> Respectfully submitted,
>
> _____
> Scott A. Ohnegian, Esq.
> SDNY Bar: SO-4799
> Riker, Danzig, Scherer, Hyland & Perretti, LLP
> Headquarters Plaza
> One Speedwell Avenue
> Morristown, New Jersey 07962-1981
> Phone: (973) 451-8551
> Fax: (973) 451-8703

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **MICHAEL K FUREY** (No. **015861974**) was constituted and appointed an Attorney at Law of New Jersey on **December 10, 1974** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **13TH** day of **March**, 20 **07**

*Clerk of the Supreme Court*

-453a-

RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800

Attorneys for Defendants, Dow Jones & Company, Inc. Long Term Disability Plan, Dow Jones & Company, Inc., Plan Committee, The Reed Group, Dow Jones & Company, Inc. Health Care Plan, and Dow Jones & Company, Inc. Life Insurance and Accident Benefit Plan.

|  |  |
|---|---|
| SHARON SPARK,<br><br>                             Plaintiff,<br><br>vs.<br><br>DOW JONES & COMPANY, INC. LONG TERM DISABILITY PLAN, DOW JONES & COMPANY, INC., PLAN COMMITTEE, as Plan Administrator, THE REED FROUP, as Claims Administrator of the Long Term Disability Plan, DOW JONES & COMPANY, INC. HEALTH CARE PLAN, DOW JONES & COMPANY, INC. LIFE INSURANCE AND ACCIDENT BENEFIT PLAN and AETNA LIFE INSURANCE COMPANY,<br><br>                             Defendants. | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>CIVIL ACTION NO. 06-CV-15242<br><br>HON. VICTOR MARRERO, U.S.D.J.<br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of Scott A. Ohengian, Esq., attorney for Defendants, the Dow Jones & Company, Inc. Long Term Disability Plan, Dow Jones & Company, Inc., Plan Committee, The Reed Group, Dow Jones & Company, Inc. Health Care Plan, and Dow Jones & Company, Inc. Life Insurance and Accident Benefit Plan, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

>Michael K. Furey, Esq.
>Riker, Danzig, Scherer, Hyland & Perretti, LLP
>Headquarters Plaza
>One Speedwell Avenue
>Morristown, New Jersey 07962-1981
>Phone: (973) 451-8433
>Fax: (973) 451-8653
>mfurey@riker.com

is admitted to practice pro hac vice as counsel for Defendants, the Dow Jones & Company, Inc. Long Term Disability Plan, Dow Jones & Company, Inc., Plan Committee, The Reed Group, Dow Jones & Company, Inc. Health Care Plan, and Dow Jones & Company, Inc. Life Insurance and Accident Benefit Plan, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Date:

City, State:

_____<br>United States District/Magistrate Judge

RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800

Attorneys for Defendants, Dow Jones & Company, Inc. Long Term Disability Plan, Dow Jones & Company, Inc., Plan Committee, The Reed Group, Dow Jones & Company, Inc. Health Care Plan, and Dow Jones & Company, Inc. Life Insurance and Accident Benefit Plan.

| | |
|---|---|
| SHARON SPARK,<br><br>                              Plaintiff,<br><br>vs.<br><br>DOW JONES & COMPANY, INC. LONG TERM DISABILITY PLAN, DOW JONES & COMPANY, INC., PLAN COMMITTEE, as Plan Administrator, THE REED FROUP, as Claims Administrator of the Long Term Disability Plan, DOW JONES & COMPANY, INC. HEALTH CARE PLAN, DOW JONES & COMPANY, INC. LIFE INSURANCE AND ACCIDENT BENEFIT PLAN and AETNA LIFE INSURANCE COMPANY,<br><br>                              Defendants. | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>CIVIL ACTION NO. 06-CV-15242<br><br>HON. VICTOR MARERRO, U.S.D.J.<br><br>**CERTIFICATION**<br>**OF**<br>**SERVICE** |

On this date, I, the undersigned, caused to be mailed a copy of the within Motion to Admit Counsel Pro Hac Vice, Affidavit of Scott A. Ohnegian, Esq., in Support of Motion to Admit Counsel Pro Hac Vice, and proposed Order for Admission Pro Hac Vice on Motion, to Plaintiff's attorney, Patrick H. Busse, Esq., DeHaan, Busse, Binder

& Binder, P.C., 3000 Rabro Drive, Suite 101, Hauppauge, New York 11788, by Federal Express.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*Adam J. McInerney*
Adam J. McInerney

Dated: March 15, 2007