```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____         │
│ DATE FILED: 2-18-07         │
└─────────────────────────────┘
```

RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800

Attorneys for Defendants, Dow Jones & Company, Inc. Long Term Disability Plan,
Dow Jones & Company, Inc., Plan Committee, The Reed Group, Dow Jones &
Company, Inc. Health Care Plan, and Dow Jones & Company, Inc. Life Insurance and
Accident Benefit Plan.

|  |  |
|---|---|
| SHARON SPARK,<br><br>              Plaintiff,<br><br>       vs.<br><br>DOW JONES & COMPANY, INC. LONG TERM DISABILITY PLAN, DOW JONES & COMPANY, INC., PLAN COMMITTEE, as Plan Administrator, THE REED FROUP, as Claims Administrator of the Long Term Disability Plan, DOW JONES & COMPANY, INC. HEALTH CARE PLAN, DOW JONES & COMPANY, INC. LIFE INSURANCE AND ACCIDENT BENEFIT PLAN and AETNA LIFE INSURANCE COMPANY,<br><br>              Defendants. | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>CIVIL ACTION NO. 06-CV-15242<br><br>HON. VICTOR MARRERO, U.S.D.J.<br><br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of Scott A. Ohengian, Esq., attorney for Defendants, the Dow Jones &

Company, Inc. Long Term Disability Plan, Dow Jones & Company, Inc., Plan

Committee, The Reed Group, Dow Jones & Company, Inc. Health Care Plan, and Dow

Jones & Company, Inc. Life Insurance and Accident Benefit Plan, and said sponsor

attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Michael K. Furey, Esq.
> Riker, Danzig, Scherer, Hyland & Perretti, LLP
> Headquarters Plaza
> One Speedwell Avenue
> Morristown, New Jersey 07962-1981
> Phone: (973) 451-8433
> Fax: (973) 451-8653
> mfurey@riker.com

is admitted to practice pro hac vice as counsel for Defendants, the Dow Jones &

Company, Inc. Long Term Disability Plan, Dow Jones & Company, Inc., Plan

Committee, The Reed Group, Dow Jones & Company, Inc. Health Care Plan, and Dow

Jones & Company, Inc. Life Insurance and Accident Benefit Plan, in the above

captioned case in the United States District Court for the Southern District of New

York.  All attorneys appearing before this Court are subject to the Local Rules of this

Court, including the Rules governing discipline of attorneys.  If this action is assigned

to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF

password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk

of the Court.

Date:

City, State:

United States District/~~Magistrate~~ Judge
**Victor Marrero**

3737867.1

2

3/2/07