

**DeHaan ▪ Busse** LLP

300 RABRO DRIVE ▪ SUITE 101 ▪ HAUPPAUGE, NEW YORK 11788 ▪ (631)582-1200

JOHN W. DeHAAN
PATRICK H. BUSSE
HARRY J. BINDER
CHARLES E. BINDER
—
STÉPHANE M. MONTAS
PAUL M. KAMPFER
—
SUZANNE BIDART R.N.

July 24, 2007

**Via ECF**
Hon. Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Suite 660
New York, New York 10007

      Re:    *Sharon Spark v. Dow Jones & Company, Inc. LTD Plan, et al.*
            *Civil Action Number: 06 CV 15242*

Dear Judge Marrero:

     We write to memorialize the substance of the telephone conversation between Maria Kurby, of Your Honor's chambers, and the undersigned, wherein we discussed the possibility of an adjournment, on consent of all parties, of the Initial Conference currently scheduled for July 27, 2007 at 9:15 a.m. The reason for making this request is that Defense Counsel, Mr. Furey, will be away on vacation for approximately the next two (2) weeks.

     Pursuant to the parties consent, and our conversation with Ms. Kurby, it has been agreed that the Initial Conference will be adjourned to August 17, 2007 at 2:00 p.m.

     Should Your Honor require any additional information, please feel free to contact this office.

                                                Very truly yours,
                                                DeHaan Busse, LLP

                                  By: _____
                                       Stéphane M. Montas, Esq.

cc:    Michael K. Furey, Esq. (via Facsimile)