**RIKER DANZIG SCHERER HYLAND PERRETTI LLP**

ATTORNEYS AT LAW

Michael K. Furey
Partner

Direct:
t: 973.451.8433
f: 973.451.8653
mfurey@riker.com
Reply to: Morristown

August 15, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-15-07

**Facsimile (FAX) (212) 805-6382**

Hon. Victor Marrero, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Sharon Spark v. Dow Jones & Company, Inc., Long Term Disability Plan, et al.
      Civil Action No. 06-cv-15242-VM

Dear Judge Marrero:

This firm represents the Dow Jones Plan defendants and the Reed Group, Ltd. (collectively "Defendants"). Per the request of your Chambers, enclosed please find: (1) a letter pertaining to the issue of discovery, which is simultaneously being filed via ECF; and (2) a courtesy copy of the parties' joint letter in anticipation of the Initial Case Management Conference, which was filed via ECF on August 10th.

Respectfully submitted,

Michael K. Furey

Enclosures

cc:   Stephane Montas (via facsimile)

*Handwritten order:* In view of the mediation proceeding scheduled for 9-6-07, the initial conference in this action is not necessary at this time. The parties are directed to advise the Court of the status of the matter and the prospects of settlement, within 5 days of the mediation. The initial conference will be rescheduled at that time as necessary.

SO ORDERED:
8-15-07
VICTOR MARRERO, U.S.D.J.

Headquarters Plaza, One Speedwell Avenue, Morristown, NJ 07962-1981 • t: 973.538.0800 f: 973.538.1984
50 West State Street, Suite 1010, Trenton, NJ 08608-1220 • t: 609.396.2121 f: 609.396.4578
500 Fifth Avenue, New York, NY 10110 • t: 212.302.6574 f: 212.302.6628
London Affiliate: 33 Cornhill, London EC3V 3ND, England • t: +44 (0) 20.7877.3270 f: +44 (0) 20.7877.3271
www.riker.com