UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————X

SHARON SPARK,

        Plaintiff,

–against–

DOW JONES & COMPANY, INC. LONG
TERM DISABILITY PLAN, DOW JONES
& COMPANY, INC., PLAN COMMITTEE,
as Plan Administrator, THE REED GROUP,
as Claims Administrator of the Long
Term Disability Plan, DOW JONES &
COMPANY, INC. HEALTH CARE PLAN,
DOW JONES & COMPANY, INC. LIFE
INSURANCE AND ACCIDENT BENEFIT PLAN
and AETNA LIFE INSURANCE COMPANY,

        Defendants.
————————————————————X

Civil Action No:
06-CV-15242 (VM)(THK)

STIPULATION OF
DISCONTINUANCE
<u>WITHOUT PREJUDICE</u>

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-4-07

    WHEREAS Plaintiff, Sharon Spark, is currently classified as a covered participant under the Dow Jones & Company, Inc. Life Insurance and Accident Benefit Plan, administered for Dow Jones & Company Inc. by Aetna Life Insurance Company, and is currently receiving benefits pursuant to the Waiver of Premium clause therein;

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued <u>without</u> prejudice, as to Defendants, Dow Jones & Company, Inc. Life Insurance and Accident Benefit Plan and Aetna Life Insurance Company, on the merits and without costs to either party as against the other; and

IT IS FURTHER STIPULATED AND AGREED that Plaintiff shall maintain all rights available to her at law or equity to redress any harm caused to her should her coverage status under the Dow Jones & Company, Inc. Life Insurance and Accident Benefit Plan change, or should she be denied coverage and/or benefits thereunder by Dow Jones & Company, Inc. Life Insurance and Accident Benefit Plan, or by Aetna Life Insurance Company, its successors, assigns or agents, at any future date; and

IT IS FURTHER STIPULATED AND AGREED that the fax signatures appearing below will be deemed to be originals and that the within Stipulation of Discontinuance Without Prejudice may be filed without further notice with the Clerk of the Court.

Dated: August 27th, 2007
Hauppauge, New York

DeHaan Busse LLP

By: _____
Stéphane M. Montas (SMM 4859)
Attorneys for Plaintiff
300 Rabro Drive
Suite 101
Hauppauge, New York 11788
Telephone: (631) 582-1200
Facsimile: (631) 582-1228

Aetna Life Insurance Company

By: _____
Arthur A. Palmunen, Esq.
Attorney for Aetna Life Ins. Co.
Law Department, RE4K
151 Farmington Avenue
Hartford, CT 06156
Telephone: (860) 273-1300
Facsimile: (860) 952-2060

SO ORDERED:
9-4-07
DATE      VICTOR MARRERO, U.S.D.J.